UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES CARLO,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>MERCEDES-BENZ USA, LLC; and DOES 1 to 25, Inclusive,<br><br>　　　　　Defendants. | CASE NO.: 2:25-cv-06603-CBM-MAR<br><br>**Order Granting Stipulation and Joint Request for Dismissal under Federal Rule of Civil Procedure 41(a)(1)(A)(ii)**<br><br>Complaint Filed: February 26, 2025<br><br>JS-6 |

**ORDER OF DISMISSAL**

Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1)(ii), IT IS ORDERED THAT THIS ACTION BE, AND HEREBY IS, DISMISSED WITH PREJUDICE as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs. The Clerk is directed to close the file.

Dated: January 8, 2026

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　**United States District Judge**
　　　　　　　　　　　　　　　　　　　　　**Consuelo B. Marshall**